**Opinion filed January 13, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00312-CR

_____

## RODOLFO HUMBERTO ROCHA, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 19th District Court**

**McLennan County, Texas**

**Trial Court Cause No. 2009-1584-C1**

## M E M O R A N D U M   O P I N I O N

*On Court's Plenary Power*

Rodolfo Humberto Rocha's response to our letter of November 16, 2010, arrived the same date we dismissed his appeal for want of jurisdiction. In the interest of justice and pursuant to our plenary power under TEX. R. APP. P. 19.1, we will address the issues he raises in his response.

Appellant contends that he is not perfecting an appeal from the February 22, 2010 judgment revoking his community supervision and imposing a sentence of confinement for ten years but perfecting an appeal from the denial of his TEX. CODE CRIM. PROC. ANN. art. 11.072

(Vernon 2005) petition for writ of habeas corpus.  However, his notice of appeal states that he is appealing "from said judgment and imposition of sentence."  Moreover, Article 11.072 is not applicable in this situation where community supervision has been revoked.

Each of appellant's contentions have been considered, and all are overruled.

PER CURIAM

January 13, 2011

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.

2